**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **SHONTELL P. HECTOR** | * | **CIVIL ACTION NO. 08-979** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and noting the absence of any objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the Commissioner's decision is **AFFIRMED**, and that this matter is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 22nd day of March, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE